Appellate Docket Number: 96-15-00181-CR

Appellate Case Style: Style: DENNIS SCOTT BRALEY

RECEIVED IN
The Court of Appeals
Sixth District

NOV 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Vs. State of Texas

Companion Case: 13-F-011-005

FILED IN
The Court of Appeals
Sixth District

NOV 0 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Amended/corrected statement: [X]

## DOCKETING STATEMENT (Criminal)

Appellate Court: SIXTH OF APPEALS

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: DENNIS | ☐ Lead Attorney |
| Middle Name: SCOTT | First Name: N/A |
| Last Name: BRALEY | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? [X] Yes ☐ No | Suffix: |
| Amount of Bond: N/A | ☐ Appointed     ☐ District/County Attorney |
| Pro Se: ⊗ | ☐ Retained      ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:    ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/Attorney |

Page 1 of 5

## III. Appellee

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated?  ☐ Yes  ☒ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☒ Lead Attorney

First Name: BOWIE COUNTY DISTRICT ATTORNEY

Middle Name:

Last Name:

Suffix:

☐ Appointed  ☒ District/County Attorney

☐ Retained  ☐ Public Defender

Firm Name: BOWIE COUNTY DISTRICT ATTORNEY

Address 1: 601 Main Street

Address 2:

City: Texarkana,

State: Texas      Zip+4: 75501

Telephone:                    ext.

Fax:

Email:

SBN:

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): APPOINTMENT OF COUNSEL

Type of Judgment: COURT ORDER

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: September 11, 2015

Offense charged: N/A

Date of offense: N/A

Defendant's plea: N/A

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes  ☒ No

Was the trial by:  ☐ jury or ☐ non-jury?

Date notice of appeal filed in trial court: OCTOBER 20, 2015

If mailed to the trial court clerk, also give the date mailed : October 19, 2015

Punishment assessed: N/A

Is the appeal from a pre-trial order?  ☐ Yes  ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☒ Yes  ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial:  ☐ Yes  ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes  ☒ No   If yes, date filed:

Other:  ☐ Yes  ☒ No   If yes, date filed:

If other, please specify: N/A

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:  ☒ Yes  ☐ No  ☐ NA   If yes, date filed: Aug. 25, 2015

Date of hearing: Aug. 25, 2015   ☐ NA

Date of order: Aug. 25, 2015   ☐ NA

Ruling on motion: ☒ Granted  ☐ Denied  ☐ NA   If granted or denied, date of ruling: Aug. 25, 2015

## VIII. Trial Court And Record

Court: **5th Judicial District Court**

County: **Bowie County**

Trial Court Docket Number (Cause no): 13F–0011–005

Trial Court Judge (who tried or disposed of the case):

First Name: **Bill**

Middle Name: **N/A**

Last Name: **Miller**

Suffix:

Address 1: **100 N. State Line Ave.**

Address 2:

City: **Texarkana**

State: **Texas**　　Zip + 4: **75501**

Telephone: 　　　　　ext.

Fax:

Email:

Clerk's Record:

Trial Court Clerk: ☐ District　☒ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: **Oct. 20, 2015**

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: **Oct. 20, 2015**

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter　　☐ Court Recorder

☒ Official　　　　　☐ Substitute

First Name: **Lucille**

Middle Name:

Last Name: **Collins**

Suffix:

Address 1: **204 Oak Hill Road**

Address 2:

City: **Texarkana**

State: **Texas**　　Zip + 4: **75501**

Telephone: 　　　　　ext.

Fax:

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: 06-13-00166-CR        Court: SIXTH COURT OF APPEALS

Style: DENNIS SCOTT BRALEY

Vs.   State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)       Date: October 26, 2015

Printed Name: DENNIS SCOTT BRALEY       State Bar No: N/A

Electronic Signature: _____       Name: _____
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on Oct. 26, 2015 .

X _____

Signature of counsel (or pro se party)       Electronic Signature: _____
(Optional)

State Bar No.: _____

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;

    (2) the name and address of each person served, and

    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: Oct. 26, 2015

Manner Served: U.S. Mail

First Name: Debra

Middle Name: K.

Last Name: Autrey

Suffix:

Law Firm Name: Clerk/Sixth Court of Appeals

Address 1: 100 N. State line Ave. #20

Address 2:

City: Texarkana

State Texas          Zip+4: 75501

Telephone:          ext.

Fax:

Email:

CAUSE NO. _____

TRIAL CAUSE NO. ███████

APPEAL CAUSE NO ███████

FILED FOR RECORD
2015 SEP 11 PM 3: 54
BILLY FOX
DISTRICT CLERK BOWIE CO. TX.

EX PARTE ████████ §

§

§ IN THE 5th DISTRICT COURT

V. § OF

§

§

STATE OF TEXAS § BOWIE COUNTY, TEXAS

## ORDER TO PROCEED IN FORMA PAUPRIS

On this the 25th day of August , 2015, came on to be heard Applicant's MOTION TO PROCEED IN FORMA PAUPRIS, in this District Court without paying court cost and fees. And it appears to this court that due to the poverty of the Applicant, he will be allowed to proceed I.F.P. in the above-styled and numbered cause.

IT IS THEREFORE ORDERED:

1. The clerk of this court will place this cause on the docket to be heard.

2. The clerk of this court will notify the Applicant at the Michael Unit of the final hearing.

Executed on this the 25th day of August , 2015.

/s/ Bill Moor

PRESIDING JUDGE

I.L.A.

RECEIVED IN
The Court of Appeals
Sixth District

NOV 0 2 2015

Texarkana, Texas
Debra Autrey, Clerk

Sixth Court of Appeals
Att: **Molly Pate**
100 N. State line Ave. #20
Texarkana, Texas 75501

October 26, 2015

Re: Appelate Case No. 06-15-00181-CR
  Trial Court Case No. 13-F-011-005

Dear Molly,

 Enclosed you will find the Docketing Statement, for the above-styled and numbered cause. Also please find a copy of the Order to proceed in forma paupris. Thank you for your effective assistance in this matter.

        Sincerely,
        /s/ Dennis Scott Braley

        **DENNIS SCOTT BRALEY #1870315**
        2664 FM 2054
        Tennessee Colony, TX. 75886

I.L.A.